BEFORE THE FIRST DIVISION, JUNE 29, 1950

No. 54499.—M. E. Dey & Company, Inc., and W. C. Sullivan & Company, protests 136652–K and 147220–K/2082 (Milwaukee and Chicago).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54500.—Kenneth Kittleson v. United States, protest 139051–K (Tampa).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54501.—A. W. Fenton Co., Inc., et al. v. United States, protests 142597–K, etc. (Cleveland, etc.).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54502.—Henry K. Wampole & Co., Inc. v. United States, protest 146562–K (Philadelphia).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54503.—Henry A. Wess, Inc. v. United States, protest 150229–K (Cleveland).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54504.—Union Brokerage Co. v. United States, protest 151553–K (Pembina).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54505.—British West Indies Corp. v. United States, protests 152578–K (A), 152594–K (A), and 152594–K (B) (Tampa).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 29, 1950

No. 54506.—Thalson Co. v. United States, protest 136939–K (San Francisco).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 54507.—Rev. Father Joseph Kelly, B. A., Pastor of the Holy Saviour Catholic Church v. United States, protest 148379–K (Buffalo).

Opinion by LAWRENCE, J.   The protest was dismissed.